UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-M-1229

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTONIO YULANDEL PEARSON | ) | |

The Government's motion is hereby granted. The case is dismissed.

12-9-10
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

FILED IN OPEN COURT
ON 12-9-10
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC